UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 23.
> JPH, 6/3/2021
> Distribution via ECF.

| | |
|---|---|
| CARL D. SANDERS, | ) |
| Plaintiff, | ) ) ) |
| v | ) No. 1:20-cv-02923-JPH-MJD ) |
| ID CASTINGS, LLC, | ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Carl D. Sanders, by counsel, and the Defendant, iD Castings, LLC, by counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER LLC                OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.

By: */s/ Ryan Sullivan (w/ permission)*          By: */s/ Lucy B. Bednarek*
Andrew Dutkanych, III                           Lucy B. Bednarek, Atty. No. 34968-49
Ryan W. Sullivan                                111 Monument Circle, Suite 4600
144 N. Delaware Street                          Indianapolis, IN 46204
Indianapolis, IN 46204                          Telephone: (317)916-1300
Telephone: (317) 991-4765                       Facsimile: (317)916-9076
Facsimile: (812) 424-1005                       lucy.bednarek@ogletree.com
ad@bdlegal.com
rsullivan@bdlegal.com                           Attorneys for Defendant

Attorneys for Plaintiff

46453173.1